1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                              **DISTRICT OF NEVADA**
8
9    XUE BAO CHEN,
10         Petitioner,
                                              Case No. 3:12-cv-00452-LRH-VPC
11   vs.
                                              **ORDER**
12   WARDEN NEVEN, et al.,
13         Respondents.
14
15         Petitioner, who is in custody at the High Desert State Prison, has paid the filing fee.
16   Petitioner filed this action in the unofficial northern division of the court, but he is proceeding pro se
17   and he is incarcerated in the unofficial southern division of the court. Under Local Rule LR IA 8-1,
18   a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when
19   the matter is commenced.
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

1     IT IS THEREFORE ORDERED that the above-entitled action is hereby transferred to the unofficial southern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the southern division and the present action under the present docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

    DATED this 18th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE